R. LANIER ANDERSON, III
Circuit Judge
P. O. BOX 977
MACON, GEORGIA 31202

Telephone
478 752.8101

July 2, 2007

Mr. Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

Re:   Calendar Year 2006 Filing

Dear Mr. Smith:

In response to your letter dated June 26, 2007, the information you requested for Part VII, page 4, lines 10 and 11, is as follows:   "Euro Pacific Growth Fund (IRA)" is a mutual fund under the Family of American Funds, Inc.

If you need further assistance, please let me know.

Sincerely,



R. Lanier Anderson, III

RLA/ssb

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2007 | FOR CALENDAR YEAR 2006 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| ANDERSON, III, ROBERT L | 11TH CIR. COURT OF APPEALS | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| U. S. CIRCUIT JUDGE (active) | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
| --- | --- |
| 56 FORSYTH STREET, N.W. ATLANTA, GA 30303 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. FELLOW | AMERICAN BAR FOUNDATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE  2007 MAY 15 P 1: 46  RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 1/1/1968 | SMITH BARNEY CORPORATE TRUST, TRUSTEE OF KEOGH PLAN - VESTED ACCOUNT (SEE PART VIII) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | FREELANCE WRITING (WRITING, BUT NO INCOME IN 2006) |
| 2. | 2006 | STIPEND, MEDICAL CENTER OF CENTRAL GEORGIA (non-profit) |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Vested interest in Keogh Plan (see parts II & VIII) | | | | | | | | | |
| 3. Legg Mason Fundamental Value | A | Dividend | L | T | | | | | See Part VIII |
| 4. Legg Mason Short-term Inv. Grd Bd | A | Dividend | K | T | | | | | See Part VIII |
| 5. Legg Mason U.S. Govt Secs | A | Dividend | K | T | | | | | See Part VIII |
| 6. Oppen, Global Gr & Inc | A | Dividend | L | T | | | | | |
| 7. Legg Mason Agg Growth | A | Dividend | K | T | | | | | See Part VIII |
| 8. Legg Mason Large Cap Growth | A | Dividend | K | T | | | | | See Part VIII |
| 9. Salomon Bros. Capital | A | Distribution | K | T | | | | | |
| 10. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 11. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 12. Sturges Mfg., Utica, NY (common) | A | Dividend | K | W | | | | | |
| 13. Exxon (common) | A | Dividend | K | T | | | | | |
| 14. Fidelity Magellan Mutual Fund | A | Dividend | L | T | | | | | |
| 15. Fidelity Cash Reserves (money mutual fund) | A | Dividend | J | T | | | | | |
| 16. SunTrust Bank (common) | C | Dividend | L | T | | | | | |
| 17. MFS Managed Multi-St. Tax Exempt (GA) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| mutual fund | | | | | | | | | |
| 18. MFS Managed Mu. Bd. Trust (mutual fund) | B | Dividend | K | T | | | | | |
| 19. TIAA-CREF (see VIII) | C | Dividend | L | T | | | | | |
| 20. House and lot, Bibb County, GA | D | Rent | M | W | | | | | |
| 21. SunTrust Bank (common) | A | Dividend | J | T | | | | | |
| 22. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 23. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 24. I shares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 25. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 26. I shares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 27. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 28. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 29. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 30. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 31. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 32. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 33. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. The Phoenix Co. (whole life) | B | Dividend | K | T | | | | | |
| 35. The Phoenix Co. (whole life) | D | Dividend | M | T | | | | | |
| 36. SunTrust Bank CD | B | Interest | K | T | | | | | |
| 37. SunTrust Bank - money market | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II      Keogh Plan (no control); vested account invested in mutual funds; contributions made during law practice before appointment

Part VII, lines 3-5 and 7-8      The name of each of these five mutual funds was changed during 2006 to the name indicated, thus explaining the different name that appeared on last year's FDR.

Part VII, Line 20      Teachers Ins. & Annuity Assn - College Retirement Equities Fund -- composed of annuities and common stock fund

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L | 05/14/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date_____ 5/14/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544